**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**                          **CRIMINAL NO. 1:14CR66-3**
                                            **(Judge Keeley)**

**ERIC HOLT,**

       **Defendant.**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

On November 17, 2014, defendant, Eric Holt, ("Holt") appeared before United States Magistrate Judge John S. Kaull and moved for permission to enter a plea of GUILTY to the lesser-included offense in Count Three of the Indictment. Holt stated that he understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Holt's statements during the plea hearing and the government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Holt was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charge against him

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

and the consequences of his plea, and that a factual basis existed for the tendered plea. On November 17, 2014, the magistrate judge entered an Opinion/Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 107), finding that a factual basis existed for the plea and recommending that this Court accept the plea of guilty to the lesser-included offense in Count Three of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the report and recommendation. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Holt's guilty plea, and **ADJUDGES** him **GUILTY** of the lesser-included offense charged in Count Three of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

USA v. ERIC HOLT                                              1:14CR66-3

# ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer undertake a presentence investigation of **ERIC HOLT,** and prepare a presentence report for the Court;

2. The Government and Holt are to provide their versions of the offense to the probation officer by **December 15, 2014**;

3. The presentence report is to be disclosed to Holt, defense counsel, and the United States on or before **January 30, 2015**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **February 13, 2015;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **February 27, 2015**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**USA v. ERIC HOLT**                                              **1:14CR66-3**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S**
**OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF**
**GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **March 13, 2015.**

The magistrate judge continued Holt on bond pursuant to the Order Setting Conditions of Release (dkt. no. 25) entered on September 18, 2014.

The Court will conduct the sentencing hearing for the defendant on **Friday, March 20, 2015** at **2:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: December 1, 2014

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE